IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Gary A. Boyd-Chisholm, :
     Petitioner :
       :
   v.     :   No. 876 C.D. 2019
       :
Pennsylvania Board of Probation :
and Parole     :
    Respondent :

O R D E R

AND NOW, this 23rd day of September 2020, it is ordered that the above-captioned opinion filed on July 27, 2020 shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.

_____
J. ANDREW CROMPTON, Judge